HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
JASON SCHURGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No:  2:22-po-00138-DB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO RECALL WARRANT AND SET FOR STATUS** |
| vs. | ) | |
| JASON SCHURGER, | ) | Judge: Hon. Deborah Barnes |
| Defendants. | ) | |

　　　IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Heiko Coppola and Assistant Federal Defender Linda C. Allison, attorney for Jason Schurger, that a status conference be set for August 16, 2022 at 9:30 am via video-teleconference.

　　　This matter came before the Court on June 14, 2022. Mr. Schurger appeared and pleaded not guilty. The Office of the Federal Defender was appointed to represent Mr. Schurger. The matter was continued to July 12, 2022 for status conference. Due to Mr. Schurger's failure to appear at that hearing, the government requested a forfeitable bench warrant and the Court ordered that warrant be issued. On July 14, 2022, Mr. Schurger contacted the Office of the Federal Defender. He expressed remorse for his failure to appear and is motivated to resolve the matter.

　　　The parties stipulate to recall the warrant and set this matter for a status conference on August 16, 2022, at 9:30 am before Honorable Magistrate Deborah Barnes.

1
2  Dated: July 18, 2022                    Respectfully submitted,
3                                          HEATHER E. WILLIAMS
                                           Federal Defender
4
                                           */s/ Linda C. Allison*
5                                          LINDA C. ALLISON
                                           Assistant Federal Defender
6                                          Attorneys for Defendant
                                           JASON SCHURGER
7
8
   Dated: July 18, 2022                    PHILLIP A. TALBERT
9                                          United States Attorney
10
                                           */s/ Heiko Coppola*
11                                         HEIKO COPPOLA
                                           Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

IT IS HEREBY ORDERED that the warrant be recalled and a status conference be set for August 16, 2022 at 9: 30 a.m. via video-teleconference.

DATED: July 19, 2022          /s/ DEBORAH BARNES
                              UNITED STATES MAGISTRATE JUDGE